IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:22-cv-175

Jeffery White,

    Plaintiff,

vs.

Unum Life Insurance Company of America,

    Defendant.

COMPLAINT

PRELIMINARY STATEMENT[1]

Jeffery White, brings this ERISA action against Unum Life Insurance Company of America ("Defendant") to secure long term disability benefits to which he is entitled under a disability benefits policy underwritten and administered by Unum Life Insurance Company of America. This is based upon his employment with Family Dollar.

Plaintiff has bilateral plantar fascial fibromatosis producing bilateral foot pain and neuropathy. As a result of his disability, he was forced to leave his employment on February 1, 2021, and seek short term disability ("STD") benefits and long term disability benefits ("LTD") from Defendant.

PARTIES

1. Plaintiff, Jeffery White, is a citizen and resident of Matthews, North Carolina.

2. Defendant, Unum Life Insurance Company of America, is a properly organized business entity doing business in the state of North Carolina in the Western District of North Carolina. The Long Term Disability Plan (the "Plan") issued in this case was issued by Unum Life Insurance Company of America to Family Dollar.

---

[1] This Preliminary Statement gives a synopsis of Plaintiff's claim and is not intended as an allegation to be answered by Defendant.

## JURISDICTION AND VENUE

3. This court has jurisdiction to hear this claim pursuant to 28 U.S.C. §1331 in that the claim arises under the laws of the United States. Specifically, Plaintiff brings this action to enforce his rights under ERISA as allowed by 29 U.S.C. §1132.

4. Venue in the Western District of North Carolina is appropriate by virtue of Unum Life Insurance Company of America doing business in this district.

## FACTUAL ALLEGATIONS

5. At all times relevant to this action, Plaintiff has been a covered beneficiary under a group LTD benefits policy issued by Unum Life Insurance Company of America through his former employer, Family Dollar.

6. Under the terms of the policy, the Family Dollar Plan was issued through Unum Life Insurance Company of America.

7. Defendant, Unum Life Insurance Company of America, has a fiduciary obligation to Plaintiff to administer the Plan and policy fairly and to furnish long term disability benefits according to the terms of the policy, subject to conditions and limitations not applicable to this action.

8. Plaintiff is a forty-four year old male who worked for Family Dollar for four years and performed the job duties of an order puller. This job required lifting up to 80 pounds on a regular basis and was almost exclusively performed standing, walking, bending, crouching, and lifting. As of February 1, 2021, Plaintiff's impairments made him incapable of performing any substantial work activity on a sustained basis, i.e., 8 hours per day, 40 hours per week. He thereafter applied to Unum Life Insurance Company of America for short term disability benefits which were approved and paid through May 2, 2021. Plaintiff then applied for long term disability benefits that were approved and paid through July 1, 2021, at which time they were wrongfully terminated. Plaintiff filed timely appeals that resulted in an ultimate denial decision dated March 17, 2022. Plaintiff has thus exhausted his administrative remedies.

9. Plaintiff submitted substantial medical information to Defendant conclusively establishing that he continues to be disabled as defined within the applicable Plan documents from medical providers including William Dawson, MD, the Plaintiff's Board certified treating neurologist, Todd Irwin, MD, the Plaintiff's Board certified treating orthopedic surgeon, along with a comprehensive functional capacity evaluation performed by Columbia Rehabilitation Clinic, Inc., all of which conclusively established that the claimant cannot perform the usual and customary duties of his own occupation with his impairments eroding his occupational base so as to prevent the performance of any occupation for which the Plaintiff is capable on a sustained basis. Defendant has breached its fiduciary duty in determining that Plaintiff was capable of returning to work activity and wrongfully denied his request for long term disability benefits.

10. Plaintiff has now exhausted his administrative remedies, and his claim is ripe for judicial review pursuant to 29 U.S.C. § 1132.

## WRONGFUL DENIAL OF BENEFITS
## UNDER ERISA, 29 U.S.C. §1132 FOR THE FOLLOWING REASONS:

11. Defendants have wrongfully denied LTD benefits to Plaintiff in violation of the Plan provisions and ERISA for the following reasons:

   a. Plaintiff is totally disabled, in that he cannot perform the material duties of his own occupation, and he cannot perform the material duties of any other occupation which his education, training or experience would reasonably allow;

   b. Defendant failed to accord proper weight to the evidence in the administrative record showing that Plaintiff is totally disabled;

   c. Defendant's interpretation of the definition of disability contained in the policy is contrary to plain language of the policy, unreasonable, arbitrary and capricious; and

   d. Defendant has violated its contractual obligation to furnish long term disability benefits to Plaintiff.

WHEREFORE, Plaintiff prays the Court:

1. Grant Plaintiff declaratory and injunctive relief, finding that he is entitled to long term disability benefits under the terms of the Plan.

2. Enter an order awarding Plaintiff all reasonable attorney fees, expenses, and statutory interest incurred as a result of Defendants' wrongful denial in providing coverage.

3. Enter an award for such other relief as may be just and appropriate.

Dated this 20th day of April, 2022.

/s/ Robert A. Whitlow
Robert A. Whitlow
NC Bar No. 26985
Attorney for Plaintiff
Sellers, Ayers, Dortch & Lyons, P.A.
301 South McDowell Street, Suite 410
Charlotte, NC 28204-2686
rwhitlow@sellersayers.com
Telephone: (704) 377-5050
Fax: (704) 339-0172
